UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTIAN ATLEY NEWTON, and <br> HERCHAL CLIFFORD MOWITCH, <br><br> Defendants. | NO. CR12-5086BHS <br><br> ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS' DUE DATE |

Upon the unopposed defense motion to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to April 11, 2012.

DONE this 9th day of April, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Russell V. Leonard
Russell V. Leonard
Attorney for Herchal C. Mowitch

s/ Steven Krupa
Steven Krupa
Attorney for Christian Newton

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DUE DATE
*United States v. Mowitch* / MJ12-5035 JRC

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**